|  |  |
|---|---|
| PETER KLEIDMAN,<br><br>Plaintiff,<br><br>v.<br><br>THE HON. THOMAS L. WILLHITE, JR., et al.,<br><br>Defendants. | No. 2:20-cv-02365-PSG (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Plaintiff Peter Kleidman ("Plaintiff"), Plaintiff's operative Second Amended Complaint (Dkt. 12, "SAC"), the Motion to Dismiss the SAC (Dkt. 14, "Motion") and supporting Request for Judicial Notice (Dkt. 16, "RJN") filed by the named defendants ("Defendants"), Plaintiff's Opposition to the Motion and the RJN (Dkt. 21, 22), Defendants' Reply (Dkt. 25), the Report and Recommendation of the assigned Magistrate Judge (Dkt. 28, "Report"), and the Objections and Amended Objections to the Report filed by Plaintiff (Dkt. 31, 32).

The Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

Therefore, IT IS HEREBY ORDERED that:

1. The Motion (Dkt. 14) is GRANTED as to all claims against all Defendants without leave to amend;

2. All federal law claims alleged by Plaintiff in the SAC (Counts 1, 5-8, 11, 12, 16-18) are dismissed with prejudice;

3. All state law claims alleged by Plaintiff in the SAC (Counts 2-4, 9, 10, 13-15) are dismissed without prejudice to the reassertion in state court; and

4. Judgment shall be entered dismissing this action accordingly.

Dated: 9/27/2020

PHILIP S. GUTIERREZ
Chief United States District Judge

3