|   |   |
|---|---|
| PETER KLEIDMAN,<br>  Plaintiff,<br>  v.<br>THE HON. THOMAS L. WILLHITE, JR., et al.,<br>  Defendants. | No. 2:20-cv-02365-PSG (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff shall take nothing by this action;

2. Plaintiff's federal law claims asserted in the operative Second Amended Complaint (Counts 1, 5-8, 11, 12, 16-18) are dismissed with prejudice; and

///

///

3. The remainder of the claims asserted operative Second Amended Complaint (Counts 2-4, 9, 10, 13-15) are dismissed without prejudice to being asserted in state court.

Dated: 9/28/2020

PHILIP S. GUTIERREZ
Chief United States District Judge